UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELAYNE SEIDMAN<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LONG ISLAND MEDIA, INC.<br><br>　　　　　　　Defendant. | **STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Case No.: 2:16-cv-03078- JMZ<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ AUG 17 2016 ★<br><br>LONG ISLAND OFFICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Helayne Seidman, and counsel for the Defendant, Long Island Media, Inc. hereby stipulate to dismiss this Action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own costs, expenses, and attorneys' fees.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 8/15/2016
*Attorney for Plaintiff Helayne Seidman*

/s/Justin Mercer
Justin Mercer
Lewis & Lin LLC
45 Main Street, Suite 608
Brooklyn, NY 12201
718-243-9323
justin@ilawco.com

Dated: 8/15/2016
*Attorney for Defendant Long Island Media, Inc.*

---

SO ORDERED:

Case closed,

/s/ Joan M. Azrack   8/17/16
Hon. Joan M. Azrack

1